UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
            Plaintiff           :
                                :
        vs.                     :        CRIMINAL NO. 11-129-09
                                :        Judge Colleen Kollar-Kotelly
                                :
JOSEPH TOLBERT, III             :
                                :
            Defendant           :

## ORDER

The probation office shall file its Presentence Report by no later then

JANUARY 6, 2012 , it is further;

ORDERED that the Parties shall file their Memorandum in Aid of Sentencing no

later then JANUARY 13, 2012;

ORDERED that the defendant shall be sentenced in Courtroom #28A on the Sixth

Floor on  JANUARY 19, 2012 AT 9:45 A.M.

IT IS SO ORDERED,

Date: Oct 21, 2011

_____
Colleen Kollar-Kotelly
United States District Judge

cc:     Chambers              Pretrial
        Files                 Steven Wasserman & Debra Lone-Doyle  AUSA
        Probation             Allen Orenberg, Esq.

(N)