UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Number 1:11-CR-00129-9-CKK |
| | : | |
| JOSEPH TOLBERT, III, | : | |
| | : | |
| Defendant. | : | |
| | : | |
| | : | |

## FINAL ORDER OF FORFEITURE

*WHEREAS*, at a hearing held in open court on October 21, 2011, at which defendant **JOSEPH TOLBERT, III**, was represented by his counsel, Mr. Allen Howard Orenberg, Esq, defendant pled guilty to a lesser included offense of the violation charged in Count One of the Criminal Indictment now pending this case, specifically, the offense of unlawful **Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846; and

*WHEREAS*, the Criminal Indictment also alleged the forfeiture of property, that is, a money judgment to be entered against defendant in favor of the United States of America for a sum of money equal to the value of the property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense of **Conspiracy to Distribute and Possess with the Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846, for which defendant is jointly and severally liable, which property is subject to forfeiture, pursuant to Title 21, United States Code, Section 853, as a result of the said violation to which defendant pled guilty; and

*WHEREAS*, at the time of defendant's guilty plea, at the express, signed, written request of the United States and of defendant and his counsel, this Court issued a Consent Order of Forfeiture

in this matter, which reflected the specific terms of defendant's written plea agreement, which had been made a part of the record in this case; and this plea agreement stated, "The Court will determine the amount of this sum of money at sentencing;" and

*WHEREAS*, pursuant to Fed.R.Crim.P. 32.2(b)(2), this Court now further determines, based on the evidence set forth during the defendant's plea hearing and defendant's sentencing hearing held Thursday, January 19, 2012, at the time of imposition of sentence, of which this order is part, that (1) entry of judgment against defendant in favor of the United States for two hundred thousand dollars and no cents ($200,000.00), that sum of money being equal to the value of the property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of the offense to which defendant pled guilty, for which defendant is jointly and severally liable, is appropriate insofar as this property is subject to forfeiture pursuant to Title 21, United States Code, Section 853, and (2) that the Government has established the requisite connection between that amount and the violation of Title 21, United States Code, Section 846;

*NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED*:

1.      That the following property is declared forfeited to the United States, pursuant to Title 21, United States Code, Section 853:

**<u>MONEY JUDGMENT</u>:**

(i) a judgment hereby is entered against defendant in favor of the United States of America for the sum of two-hundred thousand dollars and no cents ($200,000.00), that sum of money being equal to the value of the property constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the felony offense of unlawful **Conspiracy to Distribute and Possess with Intent to Distribute 500 Grams or More of Cocaine**, in violation of Title 21, United States Code, Section 846, for which the defendant is jointly and severally liable.

2.      The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary,

pursuant to Fed. R. Crim. P. 32.2(e).

3.    That pursuant to Rule 32.2(b)(4), this Final Order of Forfeiture is final as to the defendant **JOSEPH TOLBERT, III**, as of the time of his sentencing on January 19, 2012, and is made part of the sentence and included in the judgment. This order shall replace the previously entered Consent Order of Forfeiture, which is hereby vacated in favor of this replacement Final order of Forfeiture.

4.    The Clerk of the Court shall forward four certified copies of this Order to Assistant United States Attorney Barry Wiegand, Asset Forfeiture and Money Laundering Section, United States Attorney's Office, 555 Fourth Street, N.W., Washington, D.C. 20530.

Dated this _19th_ day of January 2012.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE